## WHITLEY *v.* NEW YORK

No. 268, Misc.   Decided October 13, 1969

*Henry B. Rothblatt* and *Emma A. Rothblatt* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

## STOECKLE *v.* WISCONSIN

No. 272, Misc.   Decided October 13, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.